IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              )
                                                    )    Case No. 12-23292 GLT
    Andrew Falkosky                             )    Chapter 13
        *Debtor*                                )    Docket No.
                                                    )
    Andrew Falkosky                             )
        *Movant*                                )
                                                    )
*No Respondents*                                    )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 1, 2016 at docket number 61 the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.


<u>June 22, 2017</u>                                    Respectfully submitted,
Date

                                                    <u>/s/ Kenneth M. Steinberg</u>
                                                    Kenneth M. Steinberg
                                                    Attorney for the Debtor

                                                    STEIDL & STEINBERG
                                                    Suite 2830 – Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    kenny.steinberg@steidl-steinberg.com
                                                    PA I.D. No. 31244

**PAWB Local Form 24 (07/13)**