Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew Falkosky** | : | Case No. 12–23292–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 74 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/20/17 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

      *AND NOW,* this *27th day of September, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 74 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  *On or before November 13, 2017*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *December 20, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

                                          Gregory L. Taddonio, Judge
                                          United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-23292-GLT
Andrew Falkosky                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: jhel            Page 1 of 2             Date Rcvd: Sep 27, 2017
                           Form ID: 604          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
db         +Andrew Falkosky,    1716 Popler Street,    Greensburg, PA 15601-5556
cr          CITIMORTGAGE, INC.,    PO Box 6030,    Sioux Falls, SD  57117-6030
13534043    CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13411525   +Citimortgage, Inc.,    c/o Richard Squire, Esquire,    115 West Avenue, Suite 104,
             Jenkintown, PA 19046-2031
13411526   +Citimortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14196709   +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2017 01:15:19
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13423584        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:22:01
                 American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13509535        E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:13     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13685171        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:18:12     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13448467       +E-mail/Text: bncmail@w-legal.com Sep 28 2017 01:18:06     OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13467500        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:22:11
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13467273        E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2017 01:15:50
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13505497       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 28 2017 01:17:56     West Penn Power,
                 1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                               TOTAL: 8
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage Inc.
cr              MIDFIRST BANK
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*            +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
13448505*      +OAK HARBOR CAPITAL VI, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
                                                                                    TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
```
          James  Warmbrodt   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          Kenneth M. Steinberg   on behalf of Debtor Andrew  Falkosky julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Sep 27, 2017
                              Form ID: 604            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          TOTAL: 5