**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANDREW FALKOSKY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-23292

Chapter 13

Related to Dkt. No. 74

FILED
11/28/17 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __28th__ day of __November__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: _Ronda J. Winnecour, Esq._

**DEFAULT ENTRY**

Dated: November 28, 2017

_____
Gregory L. Taddonio       jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23292-GLT
Andrew Falkosky                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                Page 1 of 2          Date Rcvd: Nov 28, 2017
                              Form ID: pdf900           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db              +Andrew Falkosky,    1716 Popler Street,    Greensburg, PA 15601-5556
cr               CITIMORTGAGE, INC.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13534043         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13411525        +Citimortgage, Inc.,    c/o Richard Squire, Esquire,    115 West Avenue, Suite 104,
                 Jenkintown, PA 19046-2031
13411526        +Citimortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14196709        +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2017 01:28:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13423584         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2017 01:28:55
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13509535         E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 01:28:36        GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13685171         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 29 2017 01:26:43        JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13448467        +E-mail/Text: bncmail@w-legal.com Nov 29 2017 01:26:41        OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13467500         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 01:28:42
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13467273         E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2017 01:28:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13505497        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 29 2017 01:26:36        West Penn Power,
                 1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CitiMortgage Inc.
cr               MIDFIRST BANK
cr*             ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                 ST CLOUD, MN 56302-9617)
cr*             +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13448505*       +OAK HARBOR CAPITAL VI, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
                                                                                                TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Andrew Falkosky julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com

```
District/off: 0315-2          User: dkam                 Page 2 of 2              Date Rcvd: Nov 28, 2017
                              Form ID: pdf900            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                       TOTAL: 6